

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

David Cantu and Michelle Cantu,
Appellants

No. 06-23-00056-CV        v.

Sandra Bravo and Jean Gross, Appellees

Appeal from the 57th District Court of Bexar County, Texas (Tr. Ct. No. 2021-CI-21863). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find partial error in the judgment of the court below. Therefore, we affirm the trial court's judgment granting Gross's no-evidence motion for summary judgment and the portion of the trial court's judgment dismissing the Cantus' conspiracy claim against Bravo. We reverse the judgment of the trial court granting Bravo's traditional and no-evidence motions for summary judgment and remand the cause for further consideration of the Cantus' breach of contract, DTPA, and fraud claims against Bravo.

We further order that the Appellants, David Cantu and Michelle Cantu, and Appellee Sandra Bravo shall each pay one-half of all costs incurred by reason of this appeal.

RENDERED AUGUST 22, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk